# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MINKA S. ALEXANDER, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) Case No. CIV-13-320-F ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

The court is in receipt of Plaintiff's Motion to Dismiss Without Prejudice, filed August 12, 2013 (doc. no. 15). Upon review of the unopposed motion, the court **ORDERS** as follows:

1. The Order Referring Matter to United States Magistrate Judge, filed April 3, 2013 (doc. no. 3), is **VACATED**;

2. Plaintiff's Motion to Dismiss Without Prejudice, filed August 12, 2013 (doc. no. 15), is **GRANTED**; and

3. The above-entitled action is **DISMISSED WITHOUT PREJUDICE**.

DATED August 12, 2013.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-0320p002.wpd