# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MINKA S. ALEXANDER, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) Case No. CIV-13-320-F ) |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social<br>Security Administration, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered this same date, the above-entitled action is dismissed without prejudice.

DATED at Oklahoma City, Oklahoma, this 12th of August, 2013.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-0320p003.wpd